**Opinion filed December 19, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00320-CV
_____

## HENDRICK MEDICAL CENTER, Appellant
## V.
## TEXAS PODIATRIC MEDICAL ASSOCIATION; CORY BROWN, DPM; AND MARTIN V. SLOAN, DPM, Appellees

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 25137-B**

### M E M O R A N D U M   O P I N I O N

Hendrick Medical Center, Appellant, has filed in this court a motion to dismiss its appeal. In the motion, Appellant states that it "no longer desires to pursue an appeal," and Appellant requests that this court dismiss the appeal. Therefore, in accordance with Appellant's request, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

December 19, 2013                                                    PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.